ANYANWU & ASSOCIATES, LLC
The Academy Building
17 Academy Street, Suite 309
Newark, NJ 07102
(973) 624-1503
(973) 624-1506 (facsimile)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GLOBAL AGENCY, LTD.,
LUFTU MURAT UCKARDESLER          :    Case No.: 1:08-cv-10843-GBD

Plaintiff,

NBC UNIVERSAL, INC.,
RYAN SEACREST PRODUCTIONS, INC.,
GLASSMAN MEDIA, INC. AND JOHN
DOE NOS. 1-10,
          Defendants.
-----------------------------------------------------------x

## ORDER DISMISSING CASE WITHOUT PREJUDICE

The Plaintiffs Global Agency, Ltd. and Luftu Murat Uckardesler, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1), having filed a Notice of Voluntary Dismissal of Action Without Prejudice Pursuant to Rule 41(a), and the Court having considered the Notice and being duly advised, the Court now finds that voluntary dismissal is appropriate under Rule 41(a)(1) because the Defendants have not filed an Answer or Summary Judgment.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the above-captioned case is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1).

SO ORDERED this _____ day of _____ ,200__.

JAN 0 7 2009

_____
HON. GEORGE B. DANIELS
United States District Court
Southern District of New York